# Jeffrey Scott Merlo

## Proof of Income
## Filed pursuant to Rule 1007-4

ProSoft Paystub Reprint                                                                 Generated: 06-19-2024 | 01:28:42 PM

**East Allegheny School District**

SSN XXX-XX-    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp #                         **Check #: D0159432**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $2,060.03 | FIT (S 0) | $194.59 | $194.59 |
| IEP Writing Supplemental Pay 3.000 @ $36.90 | $110.70 | $110.70 | Medicare | $30.92 | $30.92 |
| | | | Social Security | $132.21 | $132.21 |
| | | | State Tax - Pennsylvania | $65.47 | $65.47 |
| | | | PA Unemp Comp | $1.52 | $1.52 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $2.00 |
| | | | EIT 630701 - 1.0000% | $21.32 | $21.32 |
| | | | Retire TE 7.5% | $173.66 | $173.66 |
| | | | Tax Sheltered Annuities - | $32.00 | $32.00 |
| | | | Professional Union Dues | $74.00 | $74.00 |
| | | | **DDN Deposit (CK)** | **$1,404.80** | $1,404.80 |
| | | | Healthcare - Professional | $38.24 | $38.24 |

```
                    Total Gross   $2,170.73   $2,170.73
   Deduction(excl direct deposit)   $765.93     $765.93
                      Net Pay     $1,404.80   $1,404.80
```

Sick Day: 27    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                **CHECK DATE: 1/5/2024**        **AMOUNT: $0.00**

                                                                                            D0159432
Direct Deposit Amount  $    1,404.80                                                        1/5/2024

JEFFREY S MERLO                          V O I D                        East Allegheny School District
1022 OAKLAND AVENUE                                                              1150 Jacks Run Road
CHARLEROI PA 15022                                                                         Route 48
                                                                          North Versailles, PA 15137
                                                                              Phone: (412)824-8012

ProSoft Paystub Reprint                                                                 Generated: 06-19-2024 | 01:28:42 PM

ProSoft Paystub Reprint                                           Generated: 06-19-2024 | 01:27:59 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮▮   Name: JEFFREY S MERLO   Dept: 01   Loc: 03 Emp # ▮▮▮▮   **Check #: D0159645**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $4,120.06 | FIT (S 0) | $202.74 | $397.33 |
| IEP Writing Supplemental Pay 5.000 @ $36.90 | $184.50 | $295.20 | Medicare | $31.99 | $62.91 |
|  |  |  | Social Security | $136.79 | $269.00 |
|  |  |  | State Tax - Pennsylvania | $67.73 | $133.20 |
|  |  |  | PA Unemp Comp | $1.57 | $3.09 |
|  |  |  | LS TAX- NORTH VERSAILLES | $2.00 | $4.00 |
|  |  |  | EIT 630701 - 1.0000% | $22.06 | $43.38 |
|  |  |  | Retire TE 7.5% | $179.56 | $353.22 |
|  |  |  | Tax Sheltered Annuities - | $32.00 | $64.00 |
|  |  |  | **DDN Deposit (CK)** | **$1,529.85** | $2,934.65 |
|  |  |  | Healthcare - Professional | $38.24 | $76.48 |
|  |  |  | Professional Union Dues |  | $74.00 |

```
              Total Gross  $2,244.53   $4,415.26
 Deduction(excl direct deposit)  $714.68   $1,480.61
                  Net Pay  $1,529.85   $2,934.65
```

Sick Day: 27   Vacation: 0   Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20        **CHECK DATE: 1/19/2024**        **AMOUNT: $0.00**

                                                                                                D0159645
Direct Deposit Amount  $    1,529.85                                                            1/19/2024

JEFFREY S MERLO                         V O I D             East Allegheny School District
1022 OAKLAND AVENUE                                                      1150 Jacks Run Road
CHARLEROI PA 15022                                                                 Route 48
                                                                    North Versailles, PA 15137
                                                                        Phone: (412)824-8012

ProSoft Paystub Reprint                                          Generated: 06-19-2024 | 01:27:59 PM

ProSoft Paystub Reprint                                                                                  Generated: 06-19-2024 | 01:27:27 PM

**East Allegheny School District**

SSN XXX-XX-      Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp #              **Check #: D0159863**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | $2,060.03 | $6,180.09 | FIT (S 0) | $194.59 | $591.92 |
| IEP Writing Supplemental Pay 3.000 @ $36.90 | $110.70 | $405.90 | Medicare | $30.92 | $93.83 |
| | | | Social Security | $132.21 | $401.21 |
| | | | State Tax - Pennsylvania | $65.47 | $198.67 |
| | | | PA Unemp Comp | $1.52 | $4.61 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $6.00 |
| | | | EIT 630701 - 1.0000% | $21.32 | $64.70 |
| | | | Retire TE 7.5% | $173.66 | $526.88 |
| | | | Tax Sheltered Annuities - | $32.00 | $96.00 |
| | | | Professional Union Dues | $74.00 | $148.00 |
| | | | **DDN Deposit (CK)** | **$1,404.80** | $4,339.45 |
| | | | Healthcare - Professional | $38.24 | $114.72 |

                    Total Gross  $2,170.73   $6,585.99
    Deduction(excl direct deposit)  $765.93   $2,246.54
                        Net Pay  $1,404.80   $4,339.45

Sick Day: 27    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20              **CHECK DATE: 2/2/2024          AMOUNT: $0.00**

                                                                                                     D0159863
Direct Deposit Amount  $     1,404.80                                                                2/2/2024

JEFFREY S MERLO                              V O I D              East Allegheny School District
1022 OAKLAND AVENUE                                                              1150 Jacks Run Road
CHARLEROI PA 15022                                                                         Route 48
                                                                          North Versailles, PA 15137
                                                                              Phone: (412)824-8012

ProSoft Paystub Reprint                                                                  Generated: 06-19-2024 | 01:27:27 PM

ProSoft Paystub Reprint                                                                                  Generated: 06-19-2024 | 01:26:44 PM

**East Allegheny School District**

SSN XXX-XX-███    Name: JEFFREY S MERLO   Dept: 01   Loc: 03 Emp # ███                         **Check #: D0160078**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | $2,060.03 | $8,240.12 | FIT (S 0) | $185.90 | $777.82 |
| Class Coverage 1.000 @ $32.00 | $32.00 | $32.00 | Medicare | $29.78 | $123.61 |
| Supplemental Pay |  | $405.90 | Social Security | $127.34 | $528.55 |
|  |  |  | State Tax - Pennsylvania | $63.05 | $261.72 |
|  |  |  | PA Unemp Comp | $1.46 | $6.07 |
|  |  |  | LS TAX- NORTH VERSAILLES | $2.00 | $8.00 |
|  |  |  | EIT 630701 - 1.0000% | $20.54 | $85.24 |
|  |  |  | Retire TE 7.5% | $167.36 | $694.24 |
|  |  |  | Tax Sheltered Annuities - | $32.00 | $128.00 |
|  |  |  | **DDN Deposit (CK)** | **$1,424.36** | $5,763.81 |
|  |  |  | Healthcare - Professional | $38.24 | $152.96 |
|  |  |  | Professional Union Dues |  | $148.00 |

                Total Gross   $2,092.03   $8,678.02
   Deduction(excl direct deposit)   $667.67   $2,914.21
                    Net Pay   $1,424.36   $5,763.81

Sick Day: 26.5   Vacation: 0   Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                            **CHECK DATE: 2/16/2024**        **AMOUNT: $0.00**

                                                                                                                      D0160078
Direct Deposit Amount  $    1,424.36                                                                                  2/16/2024

JEFFREY S MERLO                              V O I D                             East Allegheny School District
1022 OAKLAND AVENUE                                                                         1150 Jacks Run Road
CHARLEROI PA 15022                                                                                    Route 48
                                                                                      North Versailles, PA 15137
                                                                                         Phone: (412)824-8012

ProSoft Paystub Reprint                                                                                  Generated: 06-19-2024 | 01:26:44 PM

ProSoft Paystub Reprint                                                                       Generated: 06-19-2024 | 01:26:04 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp # ▮▮▮    **Check #: D0160291**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $10,300.15 | FIT (S 0) | $182.37 | $960.19 |
| Class Coverage |  | $32.00 | Medicare | $29.32 | $152.93 |
| Supplemental Pay |  | $405.90 | Social Security | $125.35 | $653.90 |
|  |  |  | State Tax - Pennsylvania | $62.07 | $323.79 |
|  |  |  | PA Unemp Comp | $1.44 | $7.51 |
|  |  |  | LS TAX- NORTH VERSAILLES | $2.00 | $10.00 |
|  |  |  | EIT 630701 - 1.0000% | $20.22 | $105.46 |
|  |  |  | Retire TE 7.5% | $164.80 | $859.04 |
|  |  |  | Tax Sheltered Annuities - | $32.00 | $160.00 |
|  |  |  | Professional Union Dues | $74.00 | $222.00 |
|  |  |  | **DDN Deposit (CK)** | **$1,328.22** | $7,092.03 |
|  |  |  | Healthcare - Professional | $38.24 | $191.20 |

                    Total Gross  $2,060.03   $10,738.05
    Deduction(excl direct deposit)   $731.81    $3,646.02
                        Net Pay  $1,328.22    $7,092.03

Sick Day: 26.5    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20          **CHECK DATE: 3/1/2024          AMOUNT: $0.00**

                                                                                               D0160291
Direct Deposit Amount  $     1,328.22                                                         3/1/2024

JEFFREY S MERLO                       V O I D            East Allegheny School District
1022 OAKLAND AVENUE                                                   1150 Jacks Run Road
CHARLEROI PA 15022                                                               Route 48
                                                              North Versailles, PA 15137
                                                                   Phone: (412)824-8012

ProSoft Paystub Reprint                                                              Generated: 06-19-2024 | 01:26:04 PM

ProSoft Paystub Reprint                                                                                 Generated: 06-19-2024 | 01:25:17 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮▮    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp # ▮▮▮▮    **Check #: D0160506**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | $2,060.03 | $12,360.18 | FIT (S 0) | $198.67 | $1,158.86 |
| IEP Writing Supplemental Pay 4.000 @ $36.90 | $147.60 | $553.50 | Medicare | $31.46 | $184.39 |
| Class Coverage | | $32.00 | Social Security | $134.50 | $788.40 |
| | | | State Tax - Pennsylvania | $66.60 | $390.39 |
| | | | PA Unemp Comp | $1.55 | $9.06 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $12.00 |
| | | | EIT 630701 - 1.0000% | $21.69 | $127.15 |
| | | | Retire TE 7.5% | $176.61 | $1,035.65 |
| | | | Tax Sheltered Annuities - | $32.00 | $192.00 |
| | | | **DDN Deposit (CK)** | **$1,504.31** | $8,596.34 |
| | | | Healthcare - Professional | $38.24 | $229.44 |
| | | | Professional Union Dues | | $222.00 |

Total Gross $2,207.63    $12,945.68
Deduction(excl direct deposit) $703.32    $4,349.34
Net Pay $1,504.31    $8,596.34

Sick Day: 26.5    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                    **CHECK DATE: 3/15/2024**        **AMOUNT: $0.00**

                                                                                                      D0160506
Direct Deposit Amount  $    1,504.31                                                                   3/15/2024

JEFFREY S MERLO                          V O I D                         East Allegheny School District
1022 OAKLAND AVENUE                                                             1150 Jacks Run Road
CHARLEROI PA 15022                                                                      Route 48
                                                                              North Versailles, PA 15137
                                                                               Phone: (412)824-8012

ProSoft Paystub Reprint                                                                                 Generated: 06-19-2024 | 01:25:17 PM

ProSoft Paystub Reprint                                                                               Generated: 06-19-2024 | 01:24:39 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮▮    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp # ▮▮▮▮    **Check #: D0160725**

| **Earnings** | **This Pay** | **YTD Amount** | **Deductions** | **This Pay** | **YTD Amount** |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $14,420.21 | FIT (S 0) | $271.14 | $1,430.00 |
| mentoring Supplemental Pay 16.000 @ $32.00 | $512.00 | $1,065.50 | Medicare | $36.74 | $221.13 |
| Class Coverage | | $32.00 | Social Security | $157.10 | $945.50 |
| | | | State Tax - Pennsylvania | $77.79 | $468.18 |
| | | | PA Unemp Comp | $1.80 | $10.86 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $14.00 |
| | | | EIT 630701 - 1.0000% | $25.34 | $152.49 |
| | | | Retire TE 7.5% | $205.76 | $1,241.41 |
| | | | PACE | $67.00 | $67.00 |
| | | | **DDN Deposit (CK)** | **$1,689.12** | $10,285.46 |
| | | | Healthcare - Professional | $38.24 | $267.68 |
| | | | Tax Sheltered Annuities - | | $192.00 |
| | | | Professional Union Dues | | $222.00 |

```
                     Total Gross   $2,572.03   $15,517.71
     Deduction(excl direct deposit)  $882.91    $5,232.25
                        Net Pay    $1,689.12   $10,285.46
```

Sick Day: 26.5    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                              **CHECK DATE: 3/28/2024**        **AMOUNT: $0.00**

                                                                                                                    D0160725
Direct Deposit Amount  $     1,689.12                                                                              3/28/2024

JEFFREY S MERLO                                    V O I D                            East Allegheny School District
1022 OAKLAND AVENUE                                                                              1150 Jacks Run Road
CHARLEROI PA 15022                                                                                         Route 48
                                                                                          North Versailles, PA 15137
                                                                                              Phone: (412)824-8012

ProSoft Paystub Reprint                                                                               Generated: 06-19-2024 | 01:24:39 PM

ProSoft Paystub Reprint     Generated: 06-19-2024 | 01:23:56 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮  Name: JEFFREY S MERLO  Dept: 01  Loc: 03 Emp # ▮▮▮  **Check #: D0160943**

| **Earnings** | **This Pay** | **YTD Amount** | **Deductions** | **This Pay** | **YTD Amount** |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $16,480.24 | FIT (S 0) | $182.37 | $1,612.37 |
| Class Coverage | | $32.00 | Medicare | $29.32 | $250.45 |
| Supplemental Pay | | $1,065.50 | Social Security | $125.35 | $1,070.85 |
| | | | State Tax - Pennsylvania | $62.07 | $530.25 |
| | | | PA Unemp Comp | $1.44 | $12.30 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $16.00 |
| | | | EIT 630701 - 1.0000% | $20.22 | $172.71 |
| | | | Retire TE 7.5% | $164.80 | $1,406.21 |
| | | | Tax Sheltered Annuities - | $32.00 | $224.00 |
| | | | Professional Union Dues | $74.00 | $296.00 |
| | | | **DDN Deposit (CK)** | **$1,328.22** | $11,613.68 |
| | | | Healthcare - Professional | $38.24 | $305.92 |
| | | | PACE | | $67.00 |

Total Gross $2,060.03  $17,577.74
Deduction(excl direct deposit)  $731.81  $5,964.06
Net Pay $1,328.22  $11,613.68

Sick Day: 26  Vacation: 0  Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20      **CHECK DATE: 4/12/2024**      **AMOUNT: $0.00**

D0160943
Direct Deposit Amount  $   1,328.22      4/12/2024

JEFFREY S MERLO     V O I D     East Allegheny School District
1022 OAKLAND AVENUE     1150 Jacks Run Road
CHARLEROI PA 15022     Route 48
    North Versailles, PA 15137
    Phone: (412)824-8012

ProSoft Paystub Reprint     Generated: 06-19-2024 | 01:23:56 PM

ProSoft Paystub Reprint                                                      Generated: 06-19-2024 | 01:23:24 PM

**East Allegheny School District**

SSN XXX-XX-▮    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp # ▮    **Check #: D0161159**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | $2,060.03 | $18,540.27 | FIT (S 0) | $190.52 | $1,802.89 |
| IEP Writing Supplemental Pay 2.000 @ $36.90 | $73.80 | $1,139.30 | Medicare | $30.39 | $280.84 |
| Class Coverage |  | $32.00 | Social Security | $129.93 | $1,200.78 |
|  |  |  | State Tax - Pennsylvania | $64.33 | $594.58 |
|  |  |  | PA Unemp Comp | $1.49 | $13.79 |
|  |  |  | LS TAX- NORTH VERSAILLES | $2.00 | $18.00 |
|  |  |  | EIT 630701 - 1.0000% | $20.96 | $193.67 |
|  |  |  | Retire TE 7.5% | $170.71 | $1,576.92 |
|  |  |  | Tax Sheltered Annuities - | $32.00 | $256.00 |
|  |  |  | **DDN Deposit (CK)** | **$1,453.26** | $13,066.94 |
|  |  |  | Healthcare - Professional | $38.24 | $344.16 |
|  |  |  | PACE |  | $67.00 |
|  |  |  | Professional Union Dues |  | $296.00 |

```
              Total Gross   $2,133.83   $19,711.57
Deduction(excl direct deposit)  $680.57   $6,644.63
                    Net Pay   $1,453.26   $13,066.94
```

Sick Day: 26    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                **CHECK DATE: 4/26/2024        AMOUNT: $0.00**

D0161159

Direct Deposit Amount  $    1,453.26                                                                4/26/2024

JEFFREY S MERLO                              V O I D           East Allegheny School District
1022 OAKLAND AVENUE                                                       1150 Jacks Run Road
CHARLEROI PA 15022                                                                     Route 48
                                                                      North Versailles, PA 15137
                                                                         Phone: (412)824-8012

ProSoft Paystub Reprint                                                      Generated: 06-19-2024 | 01:23:24 PM

ProSoft Paystub Reprint     Generated: 06-19-2024 | 01:22:49 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮    Name: JEFFREY S MERLO    Dept: 01    Loc: 03   Emp # ▮▮▮    **Check #: D0161387**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $20,600.30 | FIT (S 0) | $182.37 | $1,985.26 |
| Class Coverage |  | $32.00 | Medicare | $29.32 | $310.16 |
| Supplemental Pay |  | $1,139.30 | Social Security | $125.35 | $1,326.13 |
|  |  |  | State Tax - Pennsylvania | $62.07 | $656.65 |
|  |  |  | PA Unemp Comp | $1.44 | $15.23 |
|  |  |  | LS TAX- NORTH VERSAILLES | $2.00 | $20.00 |
|  |  |  | EIT 630701 - 1.0000% | $20.22 | $213.89 |
|  |  |  | Retire TE 7.5% | $164.80 | $1,741.72 |
|  |  |  | Tax Sheltered Annuities - | $32.00 | $288.00 |
|  |  |  | Professional Union Dues | $74.00 | $370.00 |
|  |  |  | **DDN Deposit (CK)** | **$1,328.22** | $14,395.16 |
|  |  |  | Healthcare - Professional | $38.24 | $382.40 |
|  |  |  | PACE |  | $67.00 |

Total Gross $2,060.03 $21,771.60
Deduction(excl direct deposit) $731.81 $7,376.44
Net Pay $1,328.22 $14,395.16

Sick Day: 25    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20     **CHECK DATE: 5/10/2024**     **AMOUNT: $0.00**

D0161387

Direct Deposit Amount $    1,328.22     5/10/2024

JEFFREY S MERLO     V O I D     East Allegheny School District
1022 OAKLAND AVENUE     1150 Jacks Run Road
CHARLEROI PA 15022     Route 48
    North Versailles, PA 15137
    Phone: (412)824-8012

ProSoft Paystub Reprint     Generated: 06-19-2024 | 01:22:49 PM

ProSoft Paystub Reprint                                                                  Generated: 06-19-2024 | 01:21:24 PM

**East Allegheny School District**

SSN XXX-XX-▮▮▮▮    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp # ▮▮▮▮    **Check #: D0161607**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $22,660.33 | FIT (S 0) | $182.37 | $2,167.63 |
| Class Coverage | | $32.00 | Medicare | $29.32 | $339.48 |
| Supplemental Pay | | $1,139.30 | Social Security | $125.35 | $1,451.48 |
| | | | State Tax - Pennsylvania | $62.07 | $718.72 |
| | | | PA Unemp Comp | $1.44 | $16.67 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $22.00 |
| | | | EIT 630701 - 1.0000% | $20.22 | $234.11 |
| | | | Retire TE 7.5% | $164.80 | $1,906.52 |
| | | | Tax Sheltered Annuities - | $32.00 | $320.00 |
| | | | **DDN Deposit (CK)** | **$1,402.22** | $15,797.38 |
| | | | Healthcare - Professional | $38.24 | $420.64 |
| | | | PACE | | $67.00 |
| | | | Professional Union Dues | | $370.00 |

```
            Total Gross   $2,060.03   $23,831.63
Deduction(excl direct deposit)   $657.81   $8,034.25
                  Net Pay  $1,402.22   $15,797.38
```

Sick Day: 25    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                    **CHECK DATE: 5/24/2024**        **AMOUNT: $0.00**

D0161607
Direct Deposit Amount  $    1,402.22                                                                  5/24/2024

JEFFREY S MERLO                            V O I D                    East Allegheny School District
1022 OAKLAND AVENUE                                                              1150 Jacks Run Road
CHARLEROI PA 15022                                                                          Route 48
                                                                       North Versailles, PA 15137
                                                                           Phone: (412)824-8012

ProSoft Paystub Reprint                                                                  Generated: 06-19-2024 | 01:21:24 PM

ProSoft Paystub Reprint                                                          Generated: 06-19-2024 | 01:20:45 PM

**East Allegheny School District**

SSN XXX-XX-    Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp #       **Check #: D0161824**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | $2,060.03 | $24,720.36 | FIT (S 0) | $182.37 | $2,350.00 |
| Class Coverage | | $32.00 | Medicare | $29.32 | $368.80 |
| Supplemental Pay | | $1,139.30 | Social Security | $125.35 | $1,576.83 |
| | | | State Tax - Pennsylvania | $62.07 | $780.79 |
| | | | PA Unemp Comp | $1.44 | $18.11 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $24.00 |
| | | | EIT 630701 - 1.0000% | $20.22 | $254.33 |
| | | | Retire TE 7.5% | $164.80 | $2,071.32 |
| | | | Tax Sheltered Annuities - | $32.00 | $352.00 |
| | | | Professional Union Dues | $74.00 | $444.00 |
| | | | **DDN Deposit (CK)** | **$1,328.22** | $17,125.60 |
| | | | Healthcare - Professional | $38.24 | $458.88 |
| | | | PACE | | $67.00 |

```
              Total Gross  $2,060.03   $25,891.66
Deduction(excl direct deposit)  $731.81    $8,766.06
              Net Pay  $1,328.22   $17,125.60
```

Sick Day: 25    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20            **CHECK DATE: 6/7/2024**         **AMOUNT: $0.00**

                                                                                          D0161824
Direct Deposit Amount  $     1,328.22                                                     6/7/2024

JEFFREY S MERLO                          V O I D                    East Allegheny School District
1022 OAKLAND AVENUE                                                           1150 Jacks Run Road
CHARLEROI PA 15022                                                                     Route 48
                                                                      North Versailles, PA 15137
                                                                          Phone: (412)824-8012

ProSoft Paystub Reprint                                                          Generated: 06-19-2024 | 01:20:45 PM

ProSoft Paystub Reprint                                                                           Generated: 06-19-2024 | 01:16:35 PM

**East Allegheny School District**

SSN XXX-XX-          Name: JEFFREY S MERLO    Dept: 01    Loc: 03 Emp #              **Check #: D0162035**

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---:|---:|---|---:|---:|
| Salary | $2,060.03 | $26,780.39 | FIT (S 0) | $200.03 | $2,550.03 |
| Class Coverage 5.000 @ $32.00 | $160.00 | $192.00 | Medicare | $31.64 | $400.44 |
| Supplemental Pay | | $1,139.30 | Social Security | $135.27 | $1,712.10 |
| | | | State Tax - Pennsylvania | $66.98 | $847.77 |
| | | | PA Unemp Comp | $1.55 | $19.66 |
| | | | LS TAX- NORTH VERSAILLES | $2.00 | $26.00 |
| | | | EIT 630701 - 1.0000% | $21.82 | $276.15 |
| | | | Retire TE 7.5% | $177.60 | $2,248.92 |
| | | | Tax Sheltered Annuities - | $32.00 | $384.00 |
| | | | **DDN Deposit (CK)** | **$1,512.90** | **$18,638.50** |
| | | | Healthcare - Professional | $38.24 | $497.12 |
| | | | PACE | | $67.00 |
| | | | Professional Union Dues | | $444.00 |

```
              Total Gross   $2,220.03   $28,111.69
Deduction(excl direct deposit)   $707.13    $9,473.19
                    Net Pay  $1,512.90   $18,638.50
```

Sick Day: 24    Vacation: 0    Personal Day*: 2

ACT 34 04/18/20 ACT 115 07/28/23 ACT 151 04/20/20                    **CHECK DATE: 6/21/2024**         **AMOUNT: $0.00**

D0162035

Direct Deposit Amount  $    1,512.90                                                                  6/21/2024

JEFFREY S MERLO                              V O I D                      East Allegheny School District
1022 OAKLAND AVENUE                                                                 1150 Jacks Run Road
CHARLEROI PA 15022                                                                            Route 48
                                                                              North Versailles, PA 15137
                                                                                   Phone: (412)824-8012

ProSoft Paystub Reprint                                                                           Generated: 06-19-2024 | 01:16:35 PM