IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Jeffrey Scott Merlo, | ) | Case No. 24-21855-CMB |
| | ) | Chapter 13 |
| Debtor | ) | Document No. |
| | ) | |
| Jeffrey Scott Merlo, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on September 3, 2024, a true and correct copy of the *Amended Schedule Coversheet* and *Amended Form 107 Statement of Financial Affairs* was served by E-Mail, upon the following persons and parties, unless otherwise noted:

Pamela J. Wilson
810 Vermont Avenue
Pittsburgh, PA 15234
Via E-mail: pwilson@pjwlaw.net

Will Buchanan
U.S. Department of Justice
Office of the United States Trustee
1000 Liberty Avenue, Suite 1316
Pittsburgh, PA 15222
Email: william.buchanan@usdoj.gov


Date of Service: September 3, 2024  /s/Lauren M. Lamb
                    Lauren M. Lamb, Esquire
                    STEIDL & STEINBERG
                    28th Floor-Gulf Tower
                    707 Grant Street
                    Pittsburgh, PA  15219
                    (412) 391-8000
                    PA I. D. No.  209201
                    llamb@steidl-steinberg.com